CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 0 2006

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARY L. COOPER,<br>    Plaintiff, | )<br>)<br>)  Civil Action No. 7:06CV00296 |
| v. | )<br>)  <u>ORDER</u><br>) |
| FRED SCHILLING and<br>DR. NASEER MOBASHAR,<br>    Defendants. | )<br>)  By: Hon. James C. Turk<br>)  Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motions for summary judgment submitted by defendants Fred Schilling and Dr. Naseer Mobashar shall be and hereby are **GRANTED**; any possible claims under state law are hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c); and that the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 20th day of November, 2006.

_____
Senior United States District Judge